STATE OF NEW JERSEY v. DAVID SHEFFIELD.

September 7, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH MOORE.

September 7, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. SANTOS J. RODRIGUEZ.

September 7, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS ELWELL.

September 7, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES WATLINGTON.

September 7, 1988.

Petition for certification denied.